## Index to Exhibits

*Holosun Technologies, Inc. v. NameSilo, LLC, et al.*
Case No. 2:23-cv-02138-SMB

| Description | Exhibit No. |
|---|---|
| **Exhibits to the Declaration of Michael Santoni, LPI** | |
| 7/11/2023 holosun-usa.com purchase order confirmation | 1 |
| 7/12/2023 Request submitted on holosun-usa.com website | 2 |
| 7/11/2023 Email from sales@holosun-usa.com with Zelle payment instructions | 3 |
| 7/13/2023 Email from sales@holosun-usa.com | 4 |
| 7/11-8/8/2023 Email exchanges with sales@holosun-usa.com | 5 |
| 7/31/2023 holosun-usa.com purchase order confirmation and bitcoin payment instructions | 6 |
| 9/22/2023 holosun.org purchase order confirmation | 7 |
| **Exhibits to the Declaration of Yue (Amy) Han** | |
| Proposed document requests to Defendant NameSilo, LLC | 8 |
| Proposed document requests to Defendant PrivacyGuardian.org | 9 |
| Proposed subpoena to Namecheap, Inc. | 10 |
| Proposed subpoena to Early Warning Services, LLC (Zelle) | 11 |
| Proposed subpoena to Google LLC | 12 |
| Proposed subpoena to Block, Inc. (Cash App) | 13 |
| Proposed subpoena to Privacy Protect, LLC | 14 |
| Website printout of WHOIS database entry for the domain name holosun-usa.com, as of August 14, 2023 | 15 |
| ICANN Registrar Accreditation Agreement, *available at* https://www.icann.org/resources/pages/ra-agreement-2009-05-21-en | 16 |
| Website printout of holosun.com homepage, as of June 28, 2023 | 17 |
| Website printout of holosun-usa.com homepage, as of June 28, 2023 | 18 |
| Website printout of holosun.org homepage, as of September 19, 2023 | 19 |
| Website printout of Google search results for the "Holosun AEMS Core" sight | 20 |
| Website printout of Zelle's "How it Works" page as of August 21, 2023, *available at* www.zellepay.com | 21 |
| 8/21/2023 Screenshots re: creating a Zelle account using the Zelle iPhone application | 22 |

**Index to Exhibits**
*Holosun Technologies, Inc. v. NameSilo, LLC, et al.*
Case No. 2:23-cv-02138-SMB

| Description | Exhibit No. |
|---|---|
| Website printout of Cash App's "Cash App Support" page as of October 17, 2023, *available at* https://cash.app/help/us/en-us/6485-getting-started-with-cash-app | 23 |
| 9/22/2023 Screenshots re: creating a Cash App account using the Cash App iPhone application | 24 |
| Wikipedia website printout of "John Conteh" profile, *available at* https://en.wikipedia.org/wiki/John_Conteh | 25 |
| hudl.com profile for "Landon Gish," *available at* https://www.hudl.com/profile/13046750/Landon-Gish | 26 |
| hudl.com profile for "Derick Creamer," *available at* https://www.hudl.com/profile/11895561/Derick-Creamer-II | 27 |
| hudl.com profile for "Renato Torres," *available at* https://www.hudl.com/profile/4323754/Renato-Torres | 28 |
| Website printout of PrivacyGuardian.org's "Frequently Asked Questions" page | 29 |
| 8/3/2023 PrivacyGuardian.org confirmation receipt re: "Report Abuse" form submission | 30 |
| 8/3/2023 Email from "NameSilo Abuse Team" re: PrivacyGuardian.org form submission | 31 |
| Website printout of WHOIS database entry for the domain name holosun.org, as of October 17, 2023 | 32 |
| Website printout of Privacy Protect's "About Us" page | 33 |
| 9/26/2023 Privacy Protect's confirmation receipt re: fraud report form submission | 34 |