David G. Barker (#024657)
dbarker@swlaw.com
Emily R. Parker (#036286)
eparker@swlaw.com
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

Michelle E. Armond (*pro hac vice*)
michelle.armond@armondwilson.com
Douglas R. Wilson (*pro hac vice*)
doug.wilson@armondwilson.com
Yue Han (*pro hac vice*)
amy.han@armondwilson.com
ARMOND WILSON LLP
4685 MacArthur Court, Suite 390
Newport Beach, CA 92660
Telephone: (949) 932-0778
Facsimile: (949) 386-1932

*Attorneys for Plaintiff Holosun Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Holosun Technologies, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NameSilo, LLC, PrivacyGuardian.org, and Doe Defendants 1-10,<br><br>Defendants. | No. CV-23-2138-PHX-SMB<br><br>**DECLARATION OF MICHAEL SANTONI, LPI IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO CONDUCT EARLY DISCOVERY TO IDENTIFY DOE DEFENDANTS** |

I, Michael Santoni, declare as follows:

1.     I am a licensed private investigator and the Director of Investigations at the firm Santoni Investigations.  I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2.     I was contacted by counsel for Plaintiff Holosun Technologies, Inc. and asked to conduct an investigation to determine the person or persons behind the holosun-usa.com and holosun.org websites and obtain their contact information.

**A.     Holosun-usa.com Attempted Purchase**

3.     On or about July 11, 2023, I attempted to purchase a Holosun 507 sight, Model No. HE507C-GR X2 from the holosun-usa.com website for $319.99. Attached as **Exhibit 1** is a copy of my order confirmation.  I selected the option to pay for my order with a Zelle payment and received a message on the website that I would receive details on how to complete payment via either email or text.

4.     After purchasing the item, I waited for payment instructions.  On July 12, 2023, I contacted DOE Defendants by submitting a request on the holosun-usa.com "Customer Service, Questions & Warranty Services" request form.  Attached hereto as **Exhibit 2** is a true and correct copy of the July 12, 2023 request I submitted on holosun-usa.com.  My message on the request form was: "I placed an order yesterday but did not receive the Zelle instructions to send payment by email or text??  Also, I was wondering if I could just wire you the money.  If so, please email me the wiring instructions.  Thanks." Ex. 2.

5.     On or about July 13, 2023, I discovered emails from DOE Defendants pertaining to my July 11, 2023 order in my spam folder.

6.     DOE Defendants sent me a first message from the email account sales@holosun-usa.com and provided instructions on completing payment through Zelle.  DOE Defendants instructed me to make a Zelle payment to "John

Conteh" using the email johndezzy888@gmail.com.  Attached hereto as **Exhibit 3** is a true and correct copy of the July 11, 2023 email I received from sales@holosun-usa.com.

7.     DOE Defendants also sent a second message on July 13, 2023 from the same email account sales@holosun-usa.com responding to my July 13, 2023 message about paying via wire transfer, a true and correct copy of which is attached as **Exhibit 4**.  DOE Defendants responded: "Payment is currently made via Zelle."  Ex. 4 at 1.

8.     On or about July 20, 2023, I attempted to send the payment to DOE Defendants via Zelle but was unsuccessful.  Attached as **Exhibit 5** is a true and correct copy of the further emails I exchanged with sales@holosun-usa.com about this order.  I sent another email to sales@holosun-usa.com stating: "I tried paying you by Zelle and my bank said there was no account associated with that email address.  Do you have another email address we should be using?  Thank you." Ex. 5 at 1.  DOE Defendants responded instructing me to make the Zelle payment to "Landon Gish" using the email gish.landon18@gmail.com.  *Id*.

9.     I sent the Zelle payment confirmation to DOE Defendants on July 20, 2023 and requested "the tracking number when the merchandise is shipped." Ex. 5 at 1.  On or about July 26, 2023, I contacted DOE Defendants again by email at sales@holosun-usa.com asking: "I have not received any tracking information.  What is the status of my order?  Thanks."  *Id.*  I received no response.  I contacted DOE Defendants two more times, on July 28, 2023 and August 8, 2023.  *Id.*  DOE Defendants also never responded to those messages. *See id*.

10.     To date, I have not received the Holosun 507 sight that I ordered.

11.     On or about July 31, 2023, I initiated a second transaction attempting to purchase the Holosun Elite Laser Light, Model No. LE117, from the holosun-usa.com website for $349.99.  Upon confirming my order, DOE Defendants sent

me instructions "To complete your order," instructing me to send 0.010868 Bitcoin to the following account: bc1qqyqgjqclxszqkpf5a027su5shmwq359xpndk4.   Attached as **Exhibit 6** is a copy of my order confirmation and bitcoin payment instructions.

12.   I did not complete payment for this purchase.

**B.   Holosun.org Attempted Purchase**

13.   On or about September 22, 2023, I attempted to purchase a Holosun 403B sight, Model No. HS403B, from the holosun.org website for $204.98. Attached as **Exhibit 7** is a copy of my order confirmation.  I selected the option to pay for my order with a Zelle payment, and received a message from the website that I would receive details on how to complete payment via text.

14.   On September 25, 2023, I received a text message from DOE Defendants through a phone number with a Los Angeles area code, +1 (213) 807-6046, providing me with instructions for the Zelle payment.  This is the same phone number DOE Defendants have listed as a contact number on their Holosun.org website.  The text from DOE Defendants said: "I'm Renato Torres from and I'm writing in regards to your order #2082.  We're very sorry for the late response and we're been attending to all orders as the chronologically comes to us.  Please we'll like you to kindly get back to us so we can proceed with the validation of your order thanks for your understanding."

15.   On September 26, 2023, I responded to DOE Defendants at +1 (213) 807-6046 by sending the following text message: "We want to pay with Zelle so I need an email address or phone number so we can do that."

16.   That same day, DOE Defendants texted me back using the same +1 (213) 807-6046 saying:

"Zelle email: derickcreamer55@gmail.com

Names : DERICK CREAMER

You can proceed using the above Zelle details. Thanks and once more we apologize for the delayed response."

17.     I sent the payment to "Derrick Creamer" on September 27, 2023.  On or about September 29, 2023, I texted DOE Defendants at +1 (213) 807-6046 with the following message: "What is the status of my order? Can you give me a tracking number?"  To date, I have not received a response.  I also texted the same number on October 3, 2023 with the message "??" and texted again on October 5, 2023 with the message "Please get back to me with status of my order."  I have not received a response to either of these messages.

18.     To date, I have not received the Holosun 403B sight I ordered.

19.     On or about September 29, 2023, I initiated a second transaction attempting to purchase the Holosun AEMS CORE Red reflex sight from the holosun.org website for $344.98.  Upon placing the order the same day, I texted DOE Defendants at the Los Angeles area code number on the Holosun.org website, +1 (213) 807-6046 with the following message: "I placed an order. Order number is 2088.  I want to use CashApp. Please send instructions on how to make that payment."

20.     That same day, DOE Defendants responded via a text message from the same phone number, +1 (213) 807-6046, stating: "Hello… thanks for getting back to us below is the Cashapp tag information which you'll send the funds to thanks.

Cashapp tag

$lawsteve1994

Steve

Please do send a screenshot for payment confirmation once payment is done thanks."

21.     I did not complete payment for this purchase.

-4-

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October <u>17</u>, 2023 in <u>LAKE FOREST</u>, California.

_Michael Santoni_

Michael Santoni

# EXHIBIT 1

GET FREE SHIPPING ON ALL ORDERS OVER $495

 

 

## SHOPPING CART    ›    ## CHECKOUT DETAILS    ›    ## ORDER COMPLETE

## Order details

| PRODUCT | TOTAL |
|---|---|
| Holosun Exclusive Holosun 507 Red Dot Reflex Sight × 1 | $319.99 |
| Subtotal: | $319.99 |
| Shipping: | $20.00 via Shipping Fee |
| Payment method: | Zelle |
| Total: | $339.99 |

## Billing address



## Shipping address



Thank you. Your order has been received.

- Order number: **592**
- Date: **July 11, 2023**
- Email:
- Total: **$339.99**
- Payment method: **Zelle**

# EXHIBIT 2

GET FREE SHIPPING ON ALL ORDERS OVER $499

    ≡

    🔍    🛒

# CUSTOMER SERVICE, QUESTIONS & WARRANTY SERVICES

We appreciate all correspondence with our customers. Due to seasonal demands and extremely high e-mail traffic, there might be delays with responses via email by a few hours.

The hours of operation for customer service have changed to better service our customers: we are now available Fridays from 6 am – 4:30 pm, as well as our regular hours Monday-Thursday CTS from 6:30 am – 5 pm.

Your name

Your email

Subject

My order number 592

Your message (optional)

I placed an order yesterday but did not receive the Zelle instructions to send payment by email or text?? Also, I was wondering if I could just wire you the money. If so, please email me the wiring instructions. Thanks.

SUBMIT

# EXHIBIT 3

 Gmail

---

## Re: order #592
1 message

**Holosun USA** <sales@holosun-usa.com>
To:

Tue, Jul 11, 2023 at 12:27 PM

Hello

Your order was received a few minutes ago via our online store. It shall be processed as soon as possible.

The order is available in stock and once purchase is completed, your order gets registered immediately for delivery.

We suggest you download the Zelle App or set up your Zelle Account via https://www.zellepay.com/ and proceed with payment for your order.

**Zelle Email: johndezzy888@gmail.com**

**Name: John Conteh**

Use your order number as reference/ reason of transfer.

## After Payment Is Made, Please Make Sure You Forward To Us A Screenshot Image Or Picture Of The Completed Payment Transaction For Confirmation.

Your order will take a maximum of 3 days to arrive at your provided address after completion of purchase.

**On seat agent; John Conteh**

Holosun Store USA Sales Department

On Tue, 11 Jul 2023 at 20:27 Holosun USA <sales@holosun-usa.com> wrote:

# New Order: #592

You've received the following order from ▮▮▮▮▮▮▮▮

[Order #592] (July 11, 2023)

| Product | Quantity | Price |
|---|---|---|
| Holosun Exclusive Holosun 507 Red Dot Reflex Sight | 1 | $319.99 |
| Subtotal: | | $319.99 |
| Shipping: | | $20.00 via Shipping Fee |
| Payment method: | | Zelle |
| Total: | | $339.99 |

**Billing address**



**Shipping address**



Congratulations on the sale.

Process your orders on the go. Get the app.

Holosun Store USA — Built with WooCommerce

# EXHIBIT 4

 Gmail

## Re: order #592

1 message

**Holosun USA** <sales@holosun-usa.com>
To:

Thu, Jul 13, 2023 at 11:34 AM

Payment is currently made via Zelle.

On Thu, 13 Jul 2023 at 19:2 ▮▮▮▮▮▮▮▮ wrote:
Hi,

I just found this email in my spam folder. Can I pay you with a wire transfer? If so, please provide your wire instructions.
Thanks.

Chuck

On Tue, Jul 11, 2023 at 8:50 PM Holosun USA <sales@holosun-usa.com> wrote:
Hello Chuck,

Please any updates with regards to payment for your order?

Kindly waiting for your response

On Tue, 11 Jul 2023 at 20:27 Holosun USA <sales@holosun-usa.com> wrote:
Hello Chuck,

Your order was received a few minutes ago via our online store. It shall be processed as soon as possible.

The order is available in stock and once  purchase is completed, your order gets registered immediately for delivery.

We suggest you download the Zelle App or set up your Zelle Account via https://www.zellepay.com/ and proceed with payment for your order.

**Zelle Email: johndezzy888@gmail.com**

**Name: John Conteh**

Use your order number as reference/ reason of transfer.

## After Payment Is Made, Please Make Sure You Forward To Us A Screenshot Image Or Picture Of The Completed Payment Transaction For Confirmation.

Your order will take a maximum of 3 days to arrive at your provided address after completion of purchase.

**On seat agent; John Conteh**

Holosun Store USA Sales Department

On Tue, 11 Jul 2023 at 20:27 Holosun USA <sales@holosun-usa.com> wrote:

# New Order: #592

You've received the following order from Chuck Garvin:

[Order #592] (July 11, 2023)

| Product | Quantity | Price |
|---|---|---|
| Holosun Exclusive Holosun 507 Red Dot Reflex Sight | 1 | $319.99 |
| Subtotal: | | $319.99 |
| Shipping: | | $20.00 via Shipping Fee |
| Payment method: | | Zelle |
| Total: | | $339.99 |

Billing address               Shipping address



Congratulations on the sale.

Process your orders on the go. Get the app.

Holosun Store USA — Built with WooCommerce

# EXHIBIT 5



---

## Re: order #592

1 message

---

████████████████████████        Tue, Aug 8, 2023 at 10:57 AM
To: Holosun USA <sales@holosun-usa.com>

I have not heard from you.What is the status of my order?

> On Fri, Jul 28, 2023 at 3:45 PM Chuck Garvin ████████████████ wrote:
>> Update please!
>
>
>> On Wed, Jul 26, 2023 at 12:53 PM Chuck Garvin ████████████████ wrote:
>>> Hi,
>>>
>>> I have not received any tracking information. What is the status of my order?
>>> Thanks.
>>>
>>> Chuck
>>>
>>> On Thu, Jul 20, 2023 at 2:58 PM Chuck Garvin ████████████████ wrote:
>>>> Hi,
>>>>
>>>> attached is the Zelle payment confirmation. Please send me the tracking number when the merchandise is shipped.
>>>> Thank you.
>>>>
>>>> Chuck
>>>>
>>>>
>>>> On Thu, Jul 20, 2023 at 10:35 AM Holosun USA <sales@holosun-usa.com> wrote:

### Zelle Email: **gish.landon18@gmail.com**

### **Name: Landon Gish**

Use your order number as reference/ reason of transfer.

## **After Payment Is Made, Please Make Sure You Forward To Us A Screenshot Image Or Picture Of The Completed Payment Transaction For Confirmation.**

>>>>> On Thu, 20 Jul 2023 at 18:24 Chuck Garvin ████████████████ wrote:
>>>>>> Hi,
>>>>>>
>>>>>> I tried paying you by Zelle and my bank said there was no account associated with that email address. Do you have another email address we should be using?
>>>>>> Thank you.
>>>>>>
>>>>>> Chuck
>>>>>>
>>>>>> On Thu, Jul 13, 2023 at 11:34 AM Holosun USA <sales@holosun-usa.com> wrote:
>>>>>>> Payment is currently made via Zelle.

On Thu, 13 Jul 2023 at 19:27 Chuck Garvin ███████████████ wrote:
Hi,

I just found this email in my spam folder. Can I pay you with a wire transfer? If so, please provide your
wire instructions.
Thanks.

Chuck

On Tue, Jul 11, 2023 at 8:50 PM Holosun USA <sales@holosun-usa.com> wrote:
Hello Chuck,

Please any updates with regards to payment for your order?

Kindly waiting for your response

On Tue, 11 Jul 2023 at 20:27 Holosun USA <sales@holosun-usa.com> wrote:
Hello Chuck,

Your order was received a few minutes ago via our online store. It shall be
processed as soon as possible.

The order is available in stock and once  purchase is completed, your order gets
registered immediately for delivery.

We suggest you download the Zelle App or set up your Zelle Account
via https://www.zellepay.com/ and proceed with payment for your order.

**Zelle Email:  johndezzy888@gmail.com**

**Name: John Conteh**

Use your order number as reference/ reason of transfer.

## After Payment Is Made, Please Make Sure You Forward To Us A Screenshot Image Or Picture Of The Completed Payment Transaction For Confirmation.

Your order will take a maximum of 3 days to arrive at your provided address after
completion of purchase.

**On seat agent; John Conteh**

Holosun Store USA Sales Department

On Tue, 11 Jul 2023 at 20:27 Holosun USA <sales@holosun-usa.com> wrote:

# New Order: #592

You've received the following order from Chuck Garvin:

[Order #592] **(July 11, 2023)**

| Product | Quantity | Price |
|---|---|---|
| Holosun Exclusive Holosun 507 Red Dot Reflex Sight | 1 | $319.99 |
| **Subtotal:** | | $319.99 |
| **Shipping:** | | $20.00 via Shipping Fee |
| **Payment method:** | | Zelle |
| **Total:** | | $339.99 |

**Billing address**          **Shipping address**



Congratulations on the sale.

Process your orders on the go. Get the app.

Holosun Store USA — Built with WooCommerce

# EXHIBIT 6

  

GET FREE SHIPPING ON ALL ORDERS OVER $499



HOME · LASER SIGHTS

# Holosun LE117 Elite Laser Light

**$349.99**

\- 1 + ADD TO CART

Category: Laser Sights



---

**DESCRIPTION**  REVIEWS (0)

The LE117-RD is a Titanium bodied class IIIA visible red laser aiming device. Features include a quick release picatinny rail mount, remote pressure switch, and IPX8 water resistance.

## Specifications for Holosun LE117 Elite Laser Light:

| | |
|---|---|
| Manufacturer: | Holosun |
| Color: | Black |
| Laser Output: | 0.7 mW |
| Attachment/Mount Type: | Picatinny |
| Battery Type: | CR123A |
| Battery Quantity: | 1 |
| Operating Temperature: | -40 – 51 Celsius |
| Water Resistance Level: | IP67 |
| Weight: | 6.7 oz |
| Fabric/Material: | Titanium |
| Included Accessories: | T10 L Key, QD Release Mount, Remote Cable Switch, Battery, User Manual |

Package Contents:

- **Holosun LE117 Elite Laser Light**

## RELATED PRODUCTS






GET FREE SHIPPING ON ALL ORDERS OVER $499

      

SHOPPING CART   ›   CHECKOUT DETAILS   ›   ORDER COMPLETE

✔ Cart updated.

| PRODUCT | | PRICE | QUANTITY | SUBTOTAL |
|---|---|---|---|---|
|  | Holosun LE117 Elite Laser Light | $349.99 | − 1 + | $349.99 |

← CONTINUE SHOPPING

## CART TOTALS

| | |
|---|---|
| Subtotal | $349.99 |
| Shipping | Shipping Fee: $20.00 |
| | Shipping to CA. |
| | Change address |
| Total | $369.99 |

PROCEED TO CHECKOUT

🏷 **Coupon**

Coupon code

Apply coupon

   



SHOPPING CART 〉 **CHECKOUT DETAILS** 〉 ORDER COMPLETE

Have a coupon? Click here to enter your code

## BILLING DETAILS

First name *

Last name *

Company name (optional)

Country / Region *

United States (US)

Street address *

Town / City *

State *

ZIP Code *

            

**Phone** *



**Email address** *

    

☐  Ship to a different address?

**Order notes (optional)**

Notes about your order, e.g. special notes for delivery.

## YOUR ORDER

| PRODUCT | SUBTOTAL |
| --- | --- |
| Holosun LE117 Elite Laser Light × 1 | $349.99 |
| Subtotal | $349.99 |
| Shipping | Shipping Fee: $20.00 |
| Discount for Cryptocurrency | -$52.50 |
| Total | $317.49 |

○  Zelle



◉  **Cryptocurrency (15% off)**

   

Bitcoin (0.010888 BTC)

PLACE ORDER

Your personal data will be used to process your order, support your experience throughout this website, and
for other purposes described in our privacy policy.

Checkout | Holosun Store USA

GET FREE SHIPPING ON ALL ORDERS OVER $499

    

SHOPPING CART  >  CHECKOUT DETAILS  >  **ORDER COMPLETE**

## To complete your order

Send   | 0.010868 BTC |

To   | bc1qqyqgjqclxszqkpf5a027su5shmwq359xpqndk4 |



Awaiting payment
*(checked every 15 secs)*

01:59:45

## Order details

| PRODUCT | TOTAL |
|---|---|
| Holosun LE117 Elite Laser Light × 1 | $349.99 |
| Subtotal: | $349.99 |
| Shipping: | $20.00 via Shipping Fee |
| Discount for Cryptocurrency: | -$52.50 |
| Payment method: | Cryptocurrency |
| Total: | $317.49 |

Thank you. Your order has been received.

# EXHIBIT 7

 

# Checkout

🔔  Thank you. Your order has been received.

Order number:
**2082**

Date:
**22 September 2023**

Total:
**$204.98**

Payment method:
**Zelle Pay**

Please kindly contact the customer service for the validation of your order thanks.

| Product | Total |
|---|---|
| Holosun HS403B Red Dot Sight × **1** | $204.98 |
| Subtotal: | $204.98 |
| Payment method: | Zelle Pay |
| Total: | $204.98 |