IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Holosun Technologies, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NameSilo, LLC, PrivacyGuardian.org, and Doe Defendants 1-10,<br><br>Defendants. | No. CV-23-2138-PHX-SMB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO CONDUCT EARLY DISCOVERY TO IDENTIFY DOE DEFENDANTS** |

THE COURT, having considered Plaintiff Holosun Technologies, Inc.'s *Ex Parte* Motion for leave to conduct targeted discovery on Defendants NameSilo, PrivacyGuardian, and certain third parties, and the arguments and evidence submitted thereto and for good cause showing, hereby GRANTS Holosun's Motion.

Holosun is granted leave to issue the document requests and subpoenas prior to meeting and conferring with Defendants under Rule 26 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.