David G. Barker (#024657)
dbarker@swlaw.com
Emily R. Parker (#036286)
eparker@swlaw.com
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

Michelle E. Armond (*pro hac vice*)
michelle.armond@armondwilson.com
Douglas R. Wilson (*pro hac vice*)
doug.wilson@armondwilson.com
Yue Han (*pro hac vice*)
amy.han@armondwilson.com
ARMOND WILSON LLP
4685 MacArthur Court, Suite 390
Newport Beach, CA 92660
Telephone: (949) 932-0778
Facsimile: (949) 386-1932

*Attorneys for Plaintiff Holosun Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Holosun Technologies, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NameSilo, LLC, PrivacyGuardian.org, and Doe Defendants 1-10,<br><br>Defendants. | No. CV-23-2138-PHX-SMB<br><br>**NOTICE OF SERVICE OF COURT'S ORDER AND DISCOVERY** |

Notice is hereby given that on November 1, 2023, Plaintiff served the following documents on Defendants NameSilo, LLC and PrivacyGuardian.org by U.S. Mail:

1) Order entered October 31, 2023 (Dkt. 14);

2) Plaintiff's First Set of Requests for Production of Documents and Things to NameSilo, LLC; and

3) Plaintiff's First Set of Requests for Production of Documents and Things to PrivacyGuardian.org.

Date: November 2, 2023         Respectfully submitted,

ARMOND WILSON LLP


By: /s/ *Michelle E. Armond*
    Michelle E. Armond (*pro hac vice*)
    Douglas R. Wilson (*pro hac vice*)
    Yue Han (*pro hac vice*)

SNELL & WILMER L.L.P.
    David G. Barker
    Emily R. Parker

*Attorneys for Plaintiff*
*Holosun Technologies, Inc.*